PS 42
(Rev 07/93)

# United States District Court

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 10 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

United States of America )
)
vs )
)
Jesus Mendoza )
)

Case No. 2:12CR06053-014

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Jesus Mendoza, have discussed with SanJuanita B. Coronado, Pretrial Services/Probation Officer, modification of my release as follows:

**Special Condition #11**: Defendant shall reside with his aunt, Maria Mendoza.

I consent to this modification of my release conditions and agree to abide by this modification.

_Jesus Mendoza_   5/3/13        _SanJuanita B Coronado_   5/10/2013
Signature of Defendant   Date         Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____        5/3/13
Signature of Defense Counsel        Date

[X] The above modification of conditions of release is ordered, to be effective on 5/10/13

[ ] The above modification of conditions of release is **not** ordered.

_James P. Hutton_        5/10/13
Signature of Judicial Officer        Date

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

REPLY TO Yakima

May 10, 2013

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 10 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

The Honorable James P. Hutton
U.S. Magistrate Judge
P.O. Box 179
Yakima, WA 98907

Re: Mendoza, Jesus
Docket No.: 2:12CR06053-014
**Request for Modification of Conditions**

Your Honor:

On October 4, 2012, the defendant made his initial appearance before Your Honor. Mr. Mendoza had a detention hearing on October 12, 2012, before the Honorable Cynthia Imbrogno, U.S. Magistrate Judge, via video conference, in Yakima, Washington. The government's motion for detention was granted; with the option to review the request for release after the defendant completed mental health and chemical dependency assessments.

Mr. Mendoza completed a chemical dependency assessment on October 25, 2012. The recommendation was he complete an alcohol/drug information school. He also completed a mental health evaluation on December 7, 2012. The recommendation was for weekly counseling to better manage his anxiety and depression.

On January 30, 2013, Mr. Mendoza was granted release and placed on pretrial supervision with U.S. Probation. The defendant has been compliant with his release conditions. He has reported as required, his drug tests have been negative, and he has been complying with treatment and counseling.

The issue at hand is the defendant's current residence. Pretrial release condition #11 of the defendant's release order, ECF 553, required the defendant reside with is uncle, Antonio Mendoza, who lives at

At the time of the defendant's release, living at the residence was his uncle, aunt, and cousin. Mr. Mendoza contacted this officer advising that his uncle's other daughter, Brenda, moved back into the residence. Her husband, Manuel, was detained by immigration authorities and

Mendoza, Jesus
May 10, 2013
Page 2

taken to a detention center in Seattle, Washington. He was released on bond and moved in with the defendant's uncle that same week. Because there are now two additional people living at the residence, the apartment is cramped. The defendant requested he be allowed to move in with his aunt, Maria Mendoza. She lives in the same apartment complex next door to his uncle at

This officer conducted a home visit and met with the defendant and his aunt, Maria Mendoza. She shares the apartment with her brother, Rafael Mendoza, and there are no firearms at the residence. Ms. Mendoza was advised of the defendant's pretrial release conditions and she agreed to allow the defendant to reside with her.

The above information is being provided to the Court for consideration to modify the defendant's conditions of release and allow him to live with his aunt, Maria Mendoza, due to the living situation at his uncle's apartment.

Enclosed is a Consent to Modify Conditions of Release signed by the defendant, his attorney, and this officer. Should Your Honor have any questions or concerns, please feel free to contact me at 509-943-8133.

Respectfully submitted,

s/SanJuanita B. Coronado     05/10/2013
SanJuanita B. Coronado       Date
U.S. Probation Officer

Approved By:

s/Rebecca M. Nichols         05/10/2013
Rebecca M. Nichols           Date
Supervising U.S. Probation Officer