PROB 12C
(6/16)

Report Date: April 29, 2020

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 29, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesus Mendoza    Case Number: 0980 2:12CR06053-EFS-14

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 19, 2014

Original Offense:    Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Mount of Methamphetamine, 21 U.S.C. § 846

Original Sentence:    Prison - 36 months         Type of Supervision: Supervised Release
                      TSR - 60 months

Asst. U.S. Attorney:    Stephanie A. Van Marter    Date Supervision Commenced: June 22, 2017

Defense Attorney:    John Scott Matheson    Date Supervision Expires: June 21, 2022

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Mr. Mendoza is considered to be in violation of his supervised release by committing the act of Conspiracy to Distribute 50 Grams or More of Actual (pure) Methamphetamine, in violation of 21 U.S.C. § 841 (a)(1), (b)(1)(A)(viii), 846, on or about April 27, 2020.

Mr. Mendoza's supervised release commenced on June 22, 2017. His conditions of release were reviewed with him on June 22, 2017, including mandatory condition number 2, as listed above.

According to the criminal complaint filed on April 28, 2020, the Drug Enforcement Agency (DEA) applied for and was granted a search warrant on April 27, 2020, to search 6203 Leicester Lane, Pasco, Washington. Agents received information that Mr. Mendoza was living at this residence. Agents had also received conducted controlled buys involving multiple pounds of methamphetamine from Mr. Mendoza and a co-defendant. This matter

Prob12C
**Re: Mendoza, Jesus**
**April 29, 2020**
**Page 2**

        is still pending in the Eastern District of Washington. A detention hearing is scheduled for April 30, 2020.

2    **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

        **Supporting Evidence**: Mr. Mendoza is considered to be in violation of his supervised release by failing to notify his probation officer at least 10 days prior to any change in residence since April 6, 2020.

        Mr. Mendoza's supervised release commenced on June 22, 2017. His conditions of release were reviewed with him on June 22, 2017, including standard condition number 6, as listed above.

        On April 27, 2020, the undersigned officer was contacted by DEA agents regarding the information contained in the above-mentioned violation. During Mr. Mendoza's arrest, agents located him at 6203 Leicester Lane, Pasco, Washington. Agents reported that Mr. Mendoza has been living at this residence since the first week of April 2020. Upon Mr. Mendoza's arrest, agents noted that dominion documents were found in Mr. Mendoza's bedroom at this residence. The residence was fully furnished and appeared to be lived in by Mr. Mendoza. Mr. Mendoza's last reported address to U.S. Probation was 1114 W. 10th Ave., Apt. G-104, Kennewick, Washington, on April 1, 2020. He made no mention to the undersigned officer that he was living at a different residence.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on:   04/29/2020

        s/Daniel M. Manning

        Daniel M. Manning
        U.S. Probation Officer

Prob12C
**Re: Mendoza, Jesus**
**April 29, 2020**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*
Signature of Judicial Officer

April 28, 2020
Date